IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

    v.

Marta Vega-Torres Marta I.
Vega Torres
    Defendant

Civil No. 98-2277(RLA)

Collection of Money

## JUDGMENT BY DEFAULT

Upon plaintiff's motion for judgment by default and it appearing that defendant was duly served with copy of the summons and complaint in this case; that default was entered by the Clerk of this Court against defendant for failure to plead or file an answer the complaint or otherwise appear in this case; that defendant is not an infant or incompetent person nor in the military service within the meaning of the Soldiers and Sailors Civil Relief Act; and that plaintiff is entitled to a judgment by default, the Court, being fully advised in the premises,

IT IS HEREBY ORDERED, that plaintiff recovers from defendant the sum of $3,938.21 ($2,924.47 of principal plus $1,013.74 in accrued interest through August 12, 1998; interest at the rate of 8% per annum and interest thereafter to the date of entry of judgment as provided by law, plus administrative and statutory costs in the total amount of $.00 and filing fees in the amount of $150.00 as set forth in the Bill of Costs; plus attorneys fees or the 10% surcharge imposed by law if plaintiff is forced to utilize the remedies provided under subchpater B or C of the Federal Debt collection Procedures Act of 1990, 28 U.S.C. § 3011. And it is further

US v. Marta Vega-Torres
Page No. -2-
Civil No. 98-2277(RLA)

ORDERED, that this judgment shall bear interest as prescribed by 28 U.S.C. § 1961, as amended.

San Juan, Puerto Rico, this 26th day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE
RAYMOND L. ACOSTA